IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2019 SEP 18  PM 3: 27

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff,

· 8:19CR289

vs.

DAVID ALAN ROBERTS,

INDICTMENT
18 U.S.C. § 875(c)

Defendant.

The Grand Jury charges that

## COUNT I

On or about the 3rd day of September, 2019, in the District of Nebraska and elsewhere, the defendant, DAVID ALAN ROBERTS, knowingly and willfully did transmit in interstate commerce from the State of Nebraska to the State of California, a communication, to wit: a cellular telephone call to R.M., whose identity is known to the Grand Jury, and the communication contained a threat to injure others, specifically that he was going to go on a shooting spree because he had been misled and mistreated by his former employer and other prospective employers, including an employer in the State of Michigan.

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

DONALD J. KLEINE, #22669
Assistant U.S. Attorney